UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER K. DORR, | Civil Action No. 10-cv-13822 |
| Plaintiff, | SENIOR UNITED STATES DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| FORD MOTOR CO. *et al.*, | UNITED STATES MAGISTRATE JUDGE LAURIE J. MICHELSON |
| Defendants. | |
| _____/ | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [61] AND DENYING PLAINTIFF'S MOTION FOR RESTRAINING ORDER [53]

On June 28, 2011, Magistrate Judge Michelson issued a Report and Recommendation [61] that Plaintiff's Motion for Restraining Order be denied.

Neither party filed an objection to the Report and Recommendation.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Restraining Order [53] is **DENIED.**

**SO ORDERED.**


DATED:   July 20, 2011               S/ARTHUR  J. TARNOW
                                     ARTHUR J. TARNOW
                                     United States Senior District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 20, 2011, by electronic and/or ordinary mail.

                                     s/Shawntel R. Jackson
                                     Case Manager