UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTOPHER DORR,

    Plaintiff,

v.

FORD MOTOR COMPANY, ET AL.,

    Defendants.
                                                /

Case No. 10-13822

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE LAURIE J. MICHELSON

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [74] GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS AND MOTION FOR INJUNCTIVE RELIEF [68]**

On September 27, 2011, the Magistrate Judge issued a Report and Recommendation granting in part and denying in part Defendants' Motion to Dismiss Claims and Defendants and Request for Injunctive Relief [68]. As Defendants had already filed an Answer to the Complaint, and in their motion provided documentary evidence, the Magistrate Judge construed Defendants' Motion to Dismiss as a Motion for Summary Judgment. The Magistrate Judge recommended that this court grant Defendants' motion with respect to the dismissal of the claims against Defendants. The Magistrate Judge further recommended that this court deny Defendants' motion with respect to injunctive relief, specifically Defendants' request that this court enjoin Plaintiff from filing further suits against Defendants without permission of the court.

Plaintiff objected [75], [78], [79] to the Report and Recommendation. This Court reviews objections to a Magistrate Judge's Report and Recommendation *de novo. See* 28 U.S.C. §636(b)(1)(C).

In his objection and supplemental briefs, Plaintiff merely repeats the allegations and arguments set out in the complaint. The Magistrate Judge's Report and Recommendation

thoroughly explores and rejects said allegations and arguments, and Plaintiff's objection raises no new issues of fact or law.

The Court having reviewed the record in this case, the Opinion and Order of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss Claims and Defendants and for Injunctive Relief is **GRANTED** with respect to the entry of summary judgment against Plaintiff on all claims.  Defendants' Motion to Dismiss Claims and Defendants and for Injunctive Relief is **DENIED** with respect to the request for injunctive relief.

**SO ORDERED.**

                                                  s/Arthur J. Tarnow
                                                  Arthur J. Tarnow
                                                  Senior United States District Judge

Dated: November 21, 2011

---

### CERTIFICATE OF SERVICE

I hereby certify on November 21, 2011 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 21, 2011: **Kristopher Dorr.**

                                                 s/Michael E. Lang
                                                 Deputy Clerk to
                                                 District Judge Arthur J. Tarnow
                                                 (313) 234-5182